## Shriver *et al. versus* Pittsburg.

A law imposed a tax "on all articles of trade or commerce sold in the city of Pittsburg," this included sales by agents of a merchant made out of the city and state and delivered from his store in Pittsburg.

November 8th 1870. Before THOMPSON, C. J., READ, AGNEW, SHARSWOOD and WILLIAMS, JJ.

Error to the Court of Common Pleas of *Allegheny county* : No. 225, to October and November Term 1869.

This was an amicable action and case stated, entered the 1st of October 1869, between The City of Pittsburg, plaintiff, and Samuel P. Shriver and others, trading as Samuel P. Shriver & Co., defendants.

The following facts were agreed on by the case:—

" Section 2d of the Act of Assembly, passed the 7th of March

1846 (Pamph. L. 78) provides 'that the councils of the city of Pittsburg shall be and they are hereby authorized to levy and assess upon all articles of trade and commerce sold in the said city, including sales at auction or otherwise, an annual tax not exceeding five mills on the dollar, for the use of said city, to be levied and collected from the venders of said articles, in the same manner as other city taxes are now levied and collected.' The councils of Pittsburg, by virtue of said Act of Assembly, on the 25th day of January 1869, passed an ordinance assessing two and a quarter mills on the dollar, for all articles of trade and commerce sold in the city of Pittsburg for the year 1869. The defendants are wholesale grocery merchants, having their store and doing business in the city of Pittsburg, and were assessed by the city assessor, for the year 1869, upon sales amounting to the sum of $495,000, estimated in accordance with the provisions of city ordinances, from sales made by them for the year 1868. It is admitted that the sales made by the defendants during the year 1869 will amount to said sum of $495,000, but of this amount the sum of $75,000 is sold at their store in the city of Pittsburg, and the balance are sales made through persons employed by defendants who make contracts of sale for them outside the city of Pittsburg and state of Pennsylvania, which contracts are forwarded by said agents to the defendants at Pittsburg, and filled by them from goods and merchandise at their store in said city, and shipped to the purchasers by the most direct means of conveyance.

"If the court should be of opinion that upon the facts stated the defendants are liable to the payment of the tax assessed upon all the sales made, then judgment to be entered for plaintiffs for the sum of $1013.75; but if the court should be of opinion that defendants are not liable for the payment of the tax assessed upon the goods and merchandise, the contracts for the sale of which are made outside the state of Pennsylvania, then judgment to be entered in favor of the plaintiffs and against the defendants for the sum of $168.75," &c.

The court entered judgment for the plaintiff for $1013.75.

This judgment was assigned for error on the removal of the case to the Supreme Court by the defendants.

*D. Reed* and *M. W. Acheson,* for plaintiffs in error.

*White & Slagle,* for defendants in error.

The opinion of the court was delivered, January 3d 1871, by

READ, J.—This case comes before us upon an agreed statement of facts, and involves the construction of the 2d section of " an act relative to the assessment and collection of taxes in the city

of Pittsburg," passed 7th March 1846, Pamph. L. 78, which is in these words: " That the councils of the city of Pittsburg shall be and they are hereby authorized to levy and assess upon all goods, wares and merchandise, and upon all articles of trade and commerce sold in the said city, including sales at auction or otherwise, an annual tax not exceeding five mills on the dollar, for the use of said city, to be levied and collected from the venders of said articles in the same manner as other city taxes are now levied and collected: Provided, however, that the aggregate amount to be levied on the sales of any individual or firm shall not exceed $100."

This proviso was repealed by the Act of 13th March 1858, Pamph. L. 108.

The councils, on the 2d January 1869, passed an ordinance assessing a tax of two and a quarter mills on the dollar for all articles of trade and commerce sold in the city of Pittsburg for the year 1869. The defendants are wholesale grocery merchants, and their sales during 1869 amounted to $495,000; of this amount $75,000 is sold at their store in Pittsburg, and the balance, $420,000, are sales made through persons employed by defendants who make contracts of sales for them outside the city of Pittsburg and state of Pennsylvania, which contracts are forwarded by said agents to the defendants at Pittsburg, and filled by them from goods and merchandise at their store in said city, and shipped to the purchasers by the most direct means of conveyance.

The defendants are domiciled at Pittsburg, have their home there, their warehouse in which all their goods are stored and insured, and enjoy the protection and benefits of the city authorities, of the police and fire departments. The legislature, recognising the advantages of municipal organization to the inhabitants, gave this local taxation to aid in raising the necessary revenue to defray the city expenditure. The assessment is upon all goods sold in said city, to be levied and collected from the venders of said articles. This clearly covers goods in the warehouse of the defendants, sold by them, and the tax is to be collected from them by the very words of the law, for they are the venders of the articles.

There is no other method of reconciling the terms of the act. The defendants are the venders of all the goods, amounting to $495,000, and must pay the tax on that amount.

Judgment affirmed.